IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 4:23-cr-00209-LPR |
| ) | |
| HEATHER HARE ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Comes now the Defendant Heather Hare by and through her attorney Michael Kiel Kaiser of Lassiter & Cassinelli, and for her motion, states:

1. This matter is currently scheduled for jury trial on September 19, 2023.

2. Hare requests a continuance in order to complete review of the sizeable discovery file and to continue plea negotiations.

3. AUSA Kristin Bryant has informed defense counsel the United States has no objection to this motion.

4. This motion is filed in good faith and not for the purpose of delay.

5. Any delay occasioned by this continuance is excluded under 18 U.S.C. § 3161(h)(7)(A). The failure to grant this continuance would deny Hare and the United States the opportunity the reasonable time necessary to exchange discovery and/or complete plea negotiations, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel has not had a chance to review the discovery in this case at this time, although a meeting is scheduled to do so tomorrow. 11 days simply

is insufficient to prepare to try a case of this complexity due to the nature of the prosecution. Failure to grant this motion would deny counsel for the defendant reasonable time necessary for effective preparation.

6. The ends of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

7. Hare would request a continuance of 90 days.

                                    Respectfully submitted,

                                    <u>Michael Kiel Kaiser</u>
                                    MICHAEL KIEL KAISER (Ark. 2015001)
                                    Lassiter & Cassinelli
                                    Michael@LCArkLaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was delivered on September 7, 2023, to AUSA Kristin Bryant by email and via electronic filing.

                                    <u>Michael Kiel Kaiser</u>
                                    MICHAEL KIEL KAISER